UNITED STATES DISTRICT COURT DISTRICT
OF COLORADO

Civil Action No. 1:15-cv-00471-CMA-KLM

ASHLEY BALLARD,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,
a Texas Corporation

    Defendant.                                                      **RULE 502(d) ORDER**

**KRISTEN L. MIX,**
**United States Magistrate Judge:**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

FRANKLIN D. AZAR & ASSOCIATES, P.C.      WHEELER TRIGG O'DONNELL LLP
By:/s/ *DezaRae D. LaCrue*                                    By:/s/*Stefania C. Scott*
DezaRae D. LaCrue, Reg. No. 40290                      Stefania C. Scott, Reg. No. 35774
Counsel for Plaintiff                                                      Counsel for Plaintiff

                    SO ORDERED.

Dated: Denver, Colorado
May 14, 2015

                                                                               **Kristen L. Mix**
                                                                                United State Magistrate Judge

Copies **by ECF** to: All Counsel
                      Judge Kristen L. Mix