IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00471-CMA-KLM

ASHLEY BALLARD,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Proposed Stipulated Protective Order [#29]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#29-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 20, 2015

---

[1] "[#29]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.